Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GERARDO HERNANDEZ,<br><br>                    Plaintiff,<br><br>         vs.<br><br>SF BAY FUEL LLC dba GRAND GASOLINE aka KWIK SERVE; BARBARA KOHN dba ARCO BUILDING CO., A CORPORATION and as Trustee of THE KOHN LIVING TRUST dba ARCO BUILDING CO. A CORPORATION,<br><br>                    Defendants. | Case No. 3:19-cv-03828-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 23, 2020                     MOORE LAW FIRM, P.C.


                                        _/s/ Tanya E. Moore_____
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Gerardo Hernandez

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION